**SWIGART LAW GROUP, APC**
JOSHUA B. SWIGART (State Bar No. 225557)
josh@swigartlawgroup.com
KATHERINE A. TUOHY (State Bar No. 353967)
katherine@swigartlawgroup.com
2221 Camino del Rio S, Suite 308
San Diego, CA 92108
Telephone: (866)-219-3343

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGET MIKHA, an individual; BRIANNE BUTCHER, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOOFER CO., INC., d/b/a SADAF FOODS,<br><br>Defendant. | Case No: 3:26-cv-01951-AGS-BJW<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date: December 15, 2026<br>Time: 2:00 P.M.<br>Dept: 5C<br><br>Judge: Hon. Andrew G. Schopler<br>Magistrate: Hon. Brian J. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 15, 2026 at 2:00 P.M. or as soon thereafter as the matter may be heard, in Courtroom 5C of the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, before the Honorable Andrew G. Schopler of the United States District Court for the Southern District of California, Plaintiffs Bridget Mikha and Brianne Butcher ("Plaintiffs") will and hereby do move this Court for leave to file a First Amended Class Action Complaint.

This Motion is made pursuant to Federal Rule of Civil Procedure 15(a)(2), on the grounds that justice requires leave to file a First Amended Class Action Complaint to conform Plaintiffs' allegations to additional information concerning the product at issue obtained through Plaintiffs' continuing investigation, including further independent laboratory analysis, and Defendant's informal document production; to narrow certain allegations; to plead additional predicate violations of California food labeling law; to add causes of action for negligence and, for injunctive relief only, under the California Consumers Legal Remedies Act; and to correct certain clerical and typographical errors. The proposed amendment adds no party, is sought in good faith and without undue delay, and will not prejudice Defendant. Through this Motion, Plaintiffs therefore seek permission to file the proposed First Amended Class Action Complaint.

This Motion is made following a conference of counsel conducted by videoconference on October 9, 2026, in accordance with Civil Chambers Rule 5 of the Honorable Andrew G. Schopler. The parties were unable to resolve the matter.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Katherine A. Tuohy in support of this Motion, Exhibit A thereto (the proposed First Amended Class Action Complaint), Exhibit B thereto (a redlined version of the proposed First Amended Class Action Complaint showing all changes from the original Complaint).

///

Respectfully submitted,

Date: October 13, 2026

**SWIGART LAW GROUP, APC**

By: *s/ Katherine A. Tuohy*

Katherine A. Tuohy, Esq.
Katherine@SwigartLawGroup.com

Attorneys for Plaintiffs